# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| PEDRO BURGOS,<br>  Plaintiff,<br>v.<br>OPTION ONE MORTGAGE CORP. n/k/a SAND CANYON CORP.,<br>  Defendant. | 4:18-CV-00223-CDL |

## SAND CANYON CORPORATION'S JURISDICTIONAL STATEMENT

Sand Canyon Corporation f/k/a Option One Mortgage Corporation files this Jurisdictional Statement pursuant to Rule 87.2 of the Local Rules for the United States District Court for the Middle District of Georgia:

Sand Canyon is incorporated under the laws of California and, at all times relevant hereto, has maintained its principal place of business in California. Therefore, for diversity of citizenship purposes, Sand Canyon is a citizen of California.

Respectfully submitted this 7th day of November, 2018.

**ADAMS AND REESE LLP**

*/s/ Amy L. Hanna Keeney*
Amy L. Hanna Keeney
Georgia Bar No. 509069
*Attorney for Sand Canyon Corporation f/k/a Option One Mortgage Corporation*

Monarch Tower
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326
Phone: 470-427-3700
Fax: 404-500-5975
AmyHanna.Keeney@arlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing by electronic mail and by depositing a copy of same in the United States Mail with adequate postage affixed thereon to the following:

Frederick S. Jones, Esq.
Johnson, Jones, Watkins & Cooper, LLC
35 Griffin Street
McDonough, GA 30253
Black_dragon_talon@yahoo.com
*Counsel for Pedro Burgos*

Tania T. Trumble
McClain & Merritt PC
2445 Peachtree Road, NE, Suite 500
Atlanta, GA 30326
ttrumble@mmatllaw.com
*Counsel for Wells Fargo Bank, N.A.,*
*as trustee for Option One Mortgage Corp.*

Respectfully submitted this 7th day of November, 2018.

**ADAMS AND REESE LLP**

*/s/ Amy L. Hanna Keeney*
Amy L. Hanna Keeney
Georgia Bar No. 509069

Monarch Tower
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326
Phone: 470-427-3700
Fax: 404-500-5975
AmyHanna.Keeney@arlaw.com