# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

PEDRO BURGOS,

    Plaintiff,

v.

                           Civil Action File No.
                           4:18-CV-00223-CDL

OPTION ONE MORTGAGE CORP.
n/k/a SAND CANYON CORP.,

    Defendant.

TABLE OF CONTENTS FOR [ECF NO. 1-1] EXHIBIT 1 TO
NOTICE OF REMOVAL TO FEDERAL COURT

| DATE | DOCUMENT NAME | STARTING PAGE # | ENDING PAGE # |
|---|---|---|---|
| 04/05/13 | General Civil Case Filing Information Form (Non-Domestic) | 2 | 2 |
| 04/05/13 | Complaint for Damages, Fruad [sic], RICO, Gross Negligence, Permanent Injunction and Declaratory Relief | 3 | 29 |
|  | **Exhibit A** – State of Georgia Secretary of State Certificate of Withdrawal of Option One Mortgage Corporation | 30 | 32 |
|  | **Exhibit B** – Security Deed | 33 | 41 |
|  | **Exhibit C** – Assignment of Mortgage/Deed | 42 | 43 |
|  | **Exhibit D** – Declaration of Dale M. Sugimoto as President of Sand Canyon Corporation in In re Wilson, U.S.B.C (E.D. La.) | 44 | 46 |
|  | **Exhibit E** – Affidavit of Laura [Herron] Irvin Affecting Title to Land Concerning a Security Deed | 47 | 49 |

| DATE | DOCUMENT NAME | STARTING PAGE # | ENDING PAGE # |
|---|---|---|---|
| 04/05/13 | **Exhibit F** – Deed Under Power | 50 | 59 |
| | **Exhibit G** – Affidavit Affecting Title and Notice of Cancellation of Security Deed | 60 | 62 |
| | **Exhibit H** – Notice & Cancellation of Deed Under Power | 63 | 65 |
| 04/05/13 | Plaintiff's First Request for Admissions | 66 | 68 |
| 04/05/13 | Plaintiff's First Request for Interrogatories | 69 | 83 |
| 04/05/13 | Plaintiff's First Request for Production of Documents | 84 | 89 |
| 04/05/13 | Summons | 90 | 90 |
| 04/11/13 | Affidavit of Service of Process | 91 | 91 |
| | **Exhibit A** – Certificate of Mailing / Certified Mail Receipt | 92 | 92 |
| 04/11/13 | Return of Service of Process | 93 | 94 |
| 05/02/13 | Acknowledgement of Service | 95 | 96 |
| | **Exhibit A** – Certificate of Acknowledgement by Secretary of State, Brian P. Kemp | 97 | 97 |
| 07/01/13 | Certificate of Default | 98 | 99 |
| | **Exhibit A** – Case Query – Proceedings Filed | 100 | 100 |
| 07/01/13 | Motion for Default Judgment | 101 | 102 |
| 07/01/13 | Notice of Appearance | 103 | 104 |
| 07/02/13 | Certificate of Service | 105 | 105 |
| | **Exhibit A** – Certified Mail Receipt | 106 | 106 |
| 08/02/13 | Notice of Appearance | 107 | 108 |
| 08/07/13 | Order [Granting Plaintiff's Motion for Default Judgment] | 109 | 113 |
| 08/14/13 | Affidavit for Pre-Judgment Interest | 114 | 115 |
| 08/14/13 | Plaintiff's Conditional Waiver of Trial by Jury | 116 | 116 |
| 09/11/13 | Affidavit for Damages by Alfonza Whitaker as Attorney for the Plaintiff | 117 | 120 |
| 09/11/13 | Affidavit for Damages by Frederick S. Jones as Attorney for Plaintiff | 121 | 124 |

| DATE | DOCUMENT NAME | STARTING PAGE # | ENDING PAGE # |
|---|---|---|---|
| 09/11/13 | Affidavit for Damages by James E. Watkins as Attorney for Plaintiff | 125 | 128 |
| 09/11/13 | Affidavit for Damages by Michael R. Johnson, Sr. as Attorney for the Plaintiff | 129 | 132 |
| 09/11/13 | Affidavit for Damages by Pedro J. Burgos, Plaintiff | 133 | 135 |
| 09/11/13 | Certificate of Service | 136 | 136 |
| 09/11/13 | Notice of Trial and Hearing | 137 | 137 |
| 09/20/12 | Certificate of Service | 138 | 138 |
| 09/20/13 | Second Notice of Trial and Hearing | 139 | 139 |
|  | **Exhibit A** – Notice of Trial and Hearing | 140 | 143 |
| 12/05/13 | Notice of Non-Compliance with O.C.G.A § 9-11-3 (b) and/or 9-11-58 (b) | 144 | 144 |
| 04/01/14 | Motion to Withdraw | 145 | 148 |
| 04/25/14 | Order Granting Withdrawal | 149 | 149 |
| 10/10/14 | General Civil Case Final Disposition Form (Non-Domestic) | 150 | 150 |
| 10/10/14 | Final Order and Judgment | 151 | 157 |
| 10/10/17 | Motion to Set Aside Judgment | 158 | 161 |
| 06/26/18 | Brief in Support of Wells Bank N.A., as Trustee for Option One Mortgage Loan Trust 2003-1, Asset-Backed Certificates, Series 2003-1's Motion to Intervene | 162 | 176 |
|  | **Exhibit A** – Special Warranty Deed | 177 | 177 |
|  | **Exhibit B** – Note | 178 | 180 |
|  | **Exhibit C** – Security Deed | 181 | 188 |
|  | **Exhibit D** – SunTrust Security Deed | 189 | 196 |
|  | **Exhibit E** – Assignment of Mortgage/Deed | 197 | 197 |
|  | **Exhibit F** – Letter from Shapiro & Swertfeger, LLP to Pedro Burgos dated Oct. 18, 2012 | 198 | 202 |
|  | **Exhibit G** – Deed Under Power | 203 | 208 |
|  | **Exhibit H** – Affidavit Affecting Title and Notice of Cancellation of Security Deed | 209 | 210 |

3

| DATE | DOCUMENT NAME | STARTING PAGE # | ENDING PAGE # |
|---|---|---|---|
| 06/26/18 | **Exhibit I** – Affidavit of Status of Pedro Jose Burgos | 211 | 214 |
| | **Exhibit J** – Affidavit of Laura [Herron] Irvin Affecting Title to Land Concerning a Security Deed | 215 | 216 |
| | **Exhibit K** – Affidavit Affecting Title and Notice of Cancellation of Security Deed | 217 | 218 |
| | **Exhibit L** – Notice and Cancellation of Deed Under Power | 219 | 220 |
| | **Exhibit M** – Defendant American Home Mortgage Servicing Inc.'s Motion to Dismiss Plaintiff's Complaint for Permanent Injunction and Other Equitable Relief | 221 | 257 |
| | **Exhibit N** – Judgment | 258 | 258 |
| | **Exhibit O** – Order | 259 | 263 |
| | **Exhibit Pa** – Criminal Affidavit Concerning Crimes – Pedro J. Burgos | 264 | 276 |
| | **Exhibit Pb** – Criminal Affidavit Concerning Crimes – Michael R. Johnson, Sr. | 277 | 290 |
| | **Exhibit Pc** – Criminal Affidavit Concerning Crimes – Frederick S. Jones | 291 | 304 |
| | **Exhibit Pd** – Criminal Affidavit Concerning Crimes – James E. Watkins | 305 | 318 |
| | **Exhibit Pe** – Criminal Affidavit Concerning Crimes – Dr. Tony L. Ware, PhD, JD | 319 | 339 |
| | **Exhibit Pc** – Criminal Affidavit Concerning Crimes – Frederick S. Jones | 340 | 353 |
| | **Exhibit Pd** – Criminal Affidavit Concerning Crimes – James E. Watkins | 354 | 367 |

| DATE | DOCUMENT NAME | STARTING PAGE # | ENDING PAGE # |
|---|---|---|---|
| 06/26/18 | **Exhibit Pe** – Criminal Affidavit Concerning Crimes – Dr. Tony L. Ware, PhD, JD | 368 | 381 |
| 06/26/18 | Protective Answer, Affirmative Defenses and Counterclaim of Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2003-1, Asset-Backed Certificates, Series 2003-1 | 382 | 423 |
| 06/26/18 | Wells Fargo Bank, N.A.'s Motion to Intervene | 424 | 427 |
| 08/15/18 | Lis Pendens Notice | 428 | 430 |
| 08/16/18 | Dismissal and Withdrawal of Motion to Set Aside Without Prejudice | 431 | 432 |
| 08/16/18 | Notice of Change of Address of Lead Counsel | 433 | 434 |
| 09/20/18 | Motion and Memorandum to Strike and Plaintiff's Request for Sanction and Attorney Fees | 435 | 447 |
|  | **Exhibit A** – Order | 448 | 452 |
|  | **Exhibit B** – Assignment of Mortgage/Deed | 453 | 453 |
| 10/01/18 | Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2003-1, Asset-Backed Certificates, Series 2003-1's Objection to Plaintiff's Dismissal | 454 | 464 |
| 10/03/18 | Order and Notice of Hearing | 465 | 466 |
| 10/10/18 | Affidavit of Indigency | 467 | 468 |
| 10/10/18 | Notice of Appeal | 469 | 472 |
|  | **Exhibit A** – Order and Notice of Hearing | 473 | 474 |
| 10/10/18 | Notice of Plaintiff's Objections to Hearing Due to Lack of Subject-Matter Jurisdiction | 475 | 478 |
| 10/18/18 | Index of Appeal | 479 | 481 |
| 10/25/18 | Bill of Costs | 482 | 482 |
| 11/02/18 | Bill of Costs | 483 | 483 |
| 11/02/18 | Index of Appeal | 484 | 486 |

| DATE | DOCUMENT NAME | STARTING PAGE # | ENDING PAGE # |
|---|---|---|---|
| 11/05/18 | Notice of Change of Address of Lead Counsel | 487 | 489 |