IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

PEDRO J. BURGOS,                                    *

            Plaintiff,                        *

v.                                                              Case No.  4:18-cv-223 (CDL)

                                               *

OPTION ONE MORTGAGE COMPANY, INC.,
now known as Sand Canyon Corporation,       *

            Defendant.                     *

## J U D G M E N T

Pursuant to this Court's Order dated February 12, 2019, and for the reasons stated therein,

JUDGMENT is hereby entered remanding this case to the Superior Court of  Muscogee County, Georgia.

This 12th day of February 2019.

David W. Bunt, Clerk


s/ Timothy L. Frost, Deputy Clerk